GEORGE A. PAPPY (CSB 34323),
DEBRA S. GOLDBERG (CSB 143523), and
WILLIAM Y. SHEH (CSB 221275), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010
Telephone No.: (213) 386-3860
Facsimile No.: (213) 386-5583
E-Mail: williams@rac-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SOUTHWEST ADMINISTRATORS, INC., a California corporation, | CASE NO.: CV 07-5303-AHM (AGRx) |
|  | ORDER DISMISSING ACTION WITH PREJUDICE |
| Plaintiff, |  |
| vs. |  |
| SHOW READY, LLC, a California limited liability company, |  |
| Defendant. |  |

        In view of the stipulation between the parties, this action is hereby dismissed with prejudice.

        IT IS SO ORDERED.

DATED: October 29, 2008

**Make JS-6**

_____
HON. A. HOWARD MATZ
JUDGE, U.S. DISTRICT COURT